PHILIP GOLDSTON and GEORGE EISEMAN, Appellants, v. PARK LANE DRESSES,

* Appeal dismissed, 259 N. Y. ——.

Inc., Respondent, Impleaded with WEINSTEIN & BLOOM, INC., Defendant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.